# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO.  5:06 CR 538** |
| | ) | |
| **PLAINTIFF** | ) | **JUDGE PETER C. ECONOMUS** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **AMY EBEY,** | ) | **ORDER ACCEPTING PLEA** |
| | ) | **AGREEMENT AND JUDGMENT** |
| | ) | |
| **DEFENDANT** | ) | |

On December 20, 2006, United States Magistrate Judge James S. Gallas issued a Report and Recommendation (Dkt. #10) regarding the Defendant's plea hearing, which was referred to the Magistrate Judge with the consent of the parties.

On November 20, 2006, the Government filed an information against Amy Ebey (Dkt. #1).  On December 20, 2006, the Magistrate Judge held a hearing where the Defendant entered a plea of guilty to Count 1, making or possessing counterfeit securities, in violation of 18 U.S.C. § 513(a).  The Magistrate Judge received the Defendant's guilty plea and issued a Report and Recommendation ("R&R") recommending that this Court accept the plea and enter a finding of guilty (Dkt. #10).

Neither party objected to the Magistrate Judge's R&R in the ten days after it was issued.

\\yngcls\user$\ryanbm\06-538.Ebey.AdoptRR.wpd

On *de novo* review of the record, the Magistrate Judge's R&R is adopted. The Defendant was found competent to enter a plea. The Defendant understood her constitutional rights. She is aware of the consequences of entering a plea. There is an adequate factual basis for the plea. The Court finds that the plea was entered knowingly, intelligently, and voluntarily. The Defendant's plea of guilty is approved.

Therefore, the Defendant is adjudged guilty of Count 1 in violation of 18 U.S.C. § 513(a). The sentencing will be held on March 22, 2007 at 9:30 a.m.

**IT IS SO ORDERED.**

 **/s Peter C. Economus     January 4, 2007**
**PETER C. ECONOMUS**
**UNITED STATES DISTRICT JUDGE**

\\yngcls\user$\ryanbm\06-538.Ebey.AdoptRR.wpd